**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>SQUIRREL HILL PA REALTY, LLC, *et al.*,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-22337-GLT |

**<u>MOTION FOR *PRO HAC VICE* ADMISSION</u>**

1. This motion for admission *pro hac vice* is being filed on behalf of:

   London England
   1020 Spring Street NW, Suite 1100
   Atlanta, GA 30309
   Telephone: 470-947-5800
   Facsimile: 470-947-5799
   Email: lengland@reedsmith.com
   Bar I.D. No. 826858 and State of Admission: Georgia

2. Applicant represents Squirrel Hill PA Property LLC. Accompanying this Motion is the required $70 filing fee paid using the Movant's CM/ECF account at the time of filing.

3. Applicant is a member in good standing of the Bar of the State of Georgia and the Bar of the State of Texas, is not the subject of any pending disciplinary matters, is personally familiar with the *Local Bankruptcy Rules* of the United States Bankruptcy Court for the Western District of Pennsylvania and shall abide by those *Local Bankruptcy Rules*.

4. Applicant will be associated with the following attorney acting in this matter as local counsel, who is a member of the Bar of the Bankruptcy Court for the Western District of Pennsylvania:

   Jared S. Roach
   Reed Smith LLP
   225 Fifth Avenue, Suite 1200
   Pittsburgh, Pennsylvania 15222
   Telephone: 412-288-3131
   Facsimile: 412-288-3063
   Email: jroach@reedsmith.com
   PA Bar I.D. No. 307541

---

[1] The Debtors in these cases are Squirrell Hill PA Realty, LLC (82-3976516) and SH Operator, LLC (85-3845493).

5. Applicant and Movant have read and shall comply with Local Bankruptcy Rules 9010-1(b), 90100-1(c) and 9010-1(d).

6. Applicant has not previously received *Pro Hac Vice* admission to this Court.

Date: August 24, 2026

Respectfully submitted,

REED SMITH LLP

By: */s/ London England*

London England
Texas Bar 24110313
Georgia Bar 826858
1020 Spring Street NE, Suite 1100
Atlanta, GA 30309
Telephone: (470) 947-5846
Email: lengland@reedsmith.com

*Counsel for Squirrel Hill PA Property LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>SQUIRREL HILL PA REALTY, LLC, *et al.*,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-22337-GLT |

**ORDER GRANTING *PRO HAC VICE* ADMISSION**

AND NOW, upon consideration of the Motion for *Pro Hac Vice* Admission of London England, and pursuant to Local Rule of Bankruptcy Procedure 9010-1(b), said motion is hereby GRANTED, and London England is hereby ADMITTED *pro hac vice* to practice in the above-captioned proceeding.

Prepared by:
Jared S. Roach
Counsel for Squirrel Hill PA Property LLC

Dated:

____________________________________
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

[1] The Debtors in these cases are Squirrell Hill PA Realty, LLC (82-3976516) and SH Operator, LLC (85-3845493).