FILED
8/24/26 4:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Chapter 11 |
| SQUIRREL HILL PA REALTY, LLC, *et al.*,[1] | Case No. 26-22337-GLT |
| Debtor. | Related to Docket No. 36 |

**ORDER GRANTING *PRO HAC VICE* ADMISSION**

AND NOW, upon consideration of the Motion for *Pro Hac Vice* Admission of London England, and pursuant to Local Rule of Bankruptcy Procedure 9010-1(b), said motion is hereby GRANTED, and London England is hereby ADMITTED *pro hac vice* to practice in the above-captioned proceeding.

Prepared by:
Jared S. Roach
Counsel for Squirrel Hill PA Property LLC

Dated:

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

dfb

[1] The Debtors in these cases are Squirrell Hill PA Realty, LLC (82-3976516) and SH Operator, LLC (85-3845493).